USDC KYWD   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 3:08CR-81-R |
| Dejuane Taylor | ) |
| | ) USM No: 10735-033 |
| Date of Original Judgment: | ) |
| Date of Previous Amended Judgment: 3/20/2009 | ) N/A |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and there being no objections

**IT IS ORDERED** that the motion is:
☐ DENIED.     ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 121 months is reduced to a term of 120 months as to each of Counts 1, 2, and 3 of the Indictment to be served concurrently for a total term of 120 months imprisonment. If on November 1, 2015, this reduced sentence is less than the amount of time the Defendant has already served, then the sentence herein shall be reduced to a "Time Served" sentence.

**Copies to: AUSA and Defendant, Dejuane Taylor**

Except as otherwise provided, all provisions of the judgment dated   March 20, 2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____

*Judge's signature*

Effective Date:   11-1-2015

The Honorable Thomas B. Russell,
Senior U.S. District Judge

*(if different from order date)*     *Printed name and title*